DOERSCH, Respondent, v. CENTRAL PA-PER BOX CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 27, 1906.) Action by Conrad Doersch against Central Paper Box Company. No opinion. Motion granted, with leave to the appellant to withdraw its appeal to the court of appeals, without costs, within 10 days, and on the further condition that the respondent pay $10 motion costs and the disbursements of the said appeal, provided the same be withdrawn.

DOJAHN, Respondent, v. SHOMAKER, Appellant. (Supreme Court, Appellate Division, Second Department. October 5, 1906.) Action by Frank Dojahn against Herman Shomaker. No opinion. Motion to compel filing of the return granted. If it is impossible to procure a copy of the evidence taken upon the trial, that fact should be made to appear, and the reason stated.

DONNELLY, Appellant, v. HELLMAN, Respondent. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Action by John H. Donnelly against Myer Hellman. No opinion. Motion denied.

DONNELLY, Appellant, v. SLOAT, Respondent. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Action by Daniel Donnelly against George V. Sloat. No opinion. Judgment of the County Court of Suffolk County reversed, and new trial ordered, costs to abide the event; the respondent conceding in his brief that reversible error was committed by the trial court.

DONOHOE, Respondent, v. HUNTER, Appellant. (Supreme Court, Appellate Division, Third Department. June 27, 1906.) Action by Mary Donohoe against David Hunter. No opinion. Judgment and order unanimously affirmed, with costs.

In re DONOHUE. (Supreme Court, Appellate Division, First Department. July 12, 1906.) In the matter of Robert D. Donohue. No opinion. Application denied.

DONOVAN, Appellant, v. CITY OF OSWEGO et al., (Respondents. (Supreme Court, Appellate Division, Fourth Department. October 10, 1906.) Action by Dennis Donovan against the city of Oswego and others. No opinion. Motion to amend order of reversal granted.

DORFUSS, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Charles E. Dorfuss against the Manhattan Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

DORN, Appellant, v. BATES, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 3, 1906.) Action by Ellen Dorn against Orson C. Bates. No opinion. Judgment affirmed, with costs.

DOUGHERTY, Appellant, v. McCOLLUM, Respondent. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Action by John T. Dougherty against Alexander J. McCollum. No opinion. Motion to dismiss appeal granted, with costs, unless the appellant pay the respondent $10 costs within 10 days, and perfect the appeal, so that the case may be placed on the next calendar of this court. On compliance with these terms, the motion to dismiss the appeal is denied, without costs.

DRAGOTTO, Respondent, v. PLUNKETT, Appellant. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) Action by Philippo Dragotto, an infant, etc., against Charles Plunkett. No opinion. Motion for leave to appeal to the Court of Appeals denied.

DRISCOLL, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 27, 1906.) Action by Johanna Driscoll, as administratrix, etc., of Jeremiah P. Driscoll, deceased, against the Long Island Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

DUCKWORTH, Appellant, v. SHIMKO, Respondent. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Walter F. Duckworth against Michalino Shimko.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event; on the ground that if the plaintiff was entitled to recover, he was entitled to a commission of 2½ per cent., as agreed to by the borrower.

DUDLEY v. ARMENIA INS. CO. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Action by John L. Dudley, Jr., against the Armenia Insurance Company. No opinion. Motion denied. Order filed.

DUNBAR & SULLIVAN DREDGING CO. v. TITLE GUARANTY & TRUST CO. OF SCRANTON, PA. (Supreme Court, Appellate Division, Fourth Department. October 10, 1906.) Action by the Dunbar & Sullivan Dredging Company against the Title Guaranty & Trust Company of Scranton, Pa.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

WILLIAMS, J., dissents, upon the ground that the examination of a long account, within the provisions of the Code of Civil Procedure, is not involved.

DUNSCOMBE, Appellant, v. ARDSLEY MOTOR CAR CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 5, 1906.) Action by George E. Dunscombe against the Ardsley Motor Car Company. No opinion. Judgment of the City Court of Yonkers affirmed by default, with costs.

In re EAST 178th ST. (Supreme Court, Appellate Division, First Department. July 12,